Respond to: **Michael-Darrow: family Mason**
 :**Regan Dwayne: family Reedy**
 county notary, 2nd judicial district; Montgomery county
 :**Michael-Morris: family Olson**
 county notary, 2nd judicial district: Guilford county
 :**Joyce Earl-DeLancey: family Lambeth**
 County notary, 4th judicial district: Guilford county
 Care of: Post Office for the de jure
    general post-office
    Shelby county: on the Land
    Tennessee-nation

district court for Shelby county; Tennessee nation
with authority of the original jurisdiction

| | | |
|---|---|---|
| :Michael-Darrow: family Mason | ) | suit number. YHVH-SEVEN |
| *suae potestate esse* | ) | |
| Demandant | ) | |
| | ) | Demand In Abatement |
| Against, | ) | |
| | ) | Notice of Default; Default Judgment; |
| Stephen B. Shankman, a man | ) | And Praecipe. |
| J. Daniel Breen, a man | ) | |
| Stuart J. Canale, a man | ) | Dated: The seventh day of the first month |
| | ) | in the year of **Yahweh**, |
| Defendants | ) | six thousand eleven. |

By: **Michael-Darrow: family Mason**, a true believer in the **Almighty, Yahweh**; suae *potestate esse:*

*Reference to foreign cause: [2:07-cr-20071-JDB-1 and 2:07-cr-20071-JDB]*

In the matter of: Unlawful and Invalid *persona designata*, Michael D. Mason, *nom de guerre; The Forced Servitude of Michael-Darrow: Mason, to the Private Foreign desires of a few men assuming Titles of Nobility over Yahweh's children; Blasphemy against the Trustee, Yeshua, the Messiah; Blasphemy against the Living Creator, Yahweh, The Most High; With Complete Willful Intent to Abolish the Absolute Right of Privacy of a Steward for the Trustee, known to his fellow man as Michael-Darrow: Mason;*

Be it known and remembered by all to whom these presents come and may concern:

### INTRODUCTION

This is a Demand In Abatement issued by absolute right pursuant to **Yahweh's Law** applicable to such acts of Blasphemy; against the foreign Agents acting as though they are representing the LAW. When in Truth they are acting for alien enemy agencies of a statutorily created, foreign *de facto* corporations known as the UNITED STATES OF AMERICA, UNITED STATES, DEPARTMENT OF REVENUE, INTERNAL REVENUE SERVICE, State of Tennessee, County of Shelby, U.S. District Court, For Western District of Tennessee and the like, acting under the color of law. The said agents are imposing a suretyship, by attaching an illegally presumed *persona designata, nom de guerre,* created by them as MICHAEL D. MASON, upon this good and lawful living man, Michael Darrow: family Mason, *suae potestate esse.* First and foremost it is Blasphemy against Yeshua-bin-Yahweh, the trespass is without Authority, is counter to man's morals, being in the nature of a *Praemunire* which is outlawed by the general custom in this nation state and, thus, is in violation of the **Right of Privacy**, the *!ex non scripta,which* is the *jus publicum* in this nation state:

**Part One** of this matter shall be known as Demand In Abatement and contains the following documents titled: **I. Demand In Abatement**; and, **II. Verification by Asseveration**.

### I. Demand In Abatement;

### Discussion:

[Whereas, 'Congress,' in the Preamble of Congressional Report No, 93-549, issued November 19, 1973, stated "A majority of the people of the United States have lived all their lives under emergency rule .... And, in the United States, actions taken by the Government in time of great crisis have - from at least, the Civil War - in important ways, shaped the present phenomenon of a permanent state of national emergency"]:

[And whereas, according to The Supreme Court, 'Congress' has made little or no distinction between a "state of national emergency," and "a state of war"]:

[And whereas, according to the Law of Nations, "the most immediate effect of a state of war is that it activates the Law of War itself."]:

[And whereas, according to the Law of War, "martial law is obtained during a state of war and in truth and reality, is no law at all"]:

And whereas, martial law is repugnant to **Yahweh's Law,** and is revoked and annulled forever in accordance with my law, law of the land and the law of the living **Yahweh:**

Now therefore, any proceeding to the contrary violates the established customs and usages, threatens the peace and safety of the people in their dominions, is an invasion upon the people and their law and is a trespass against this good and lawful living man.

**\* Nimia Subtilitas in Jure reprobatur, et talis Certitudo Certitudinem confundit \*.**

### Chapter one:

Invalidation and expurgation of records; and averments

Your records are invalid for cause without dishonor and without recourse to me, and are herewith, expurgated because they are irregular and unauthorized, based upon the following, to wit:

Comes now, this good and lawful living man, grateful to almighty living **Yahweh** for my rights of liberty, to humbly extend greetings and salutations to you from the living **Creator,** the **Messiah,** and myself by visitation through **Stewardship,** to exercise ministerial powers in this matter, to invalidate and expurgate your records:

### Your records contain the following Marks of Fraud:

#### First:
**Mark:** Your records do not have upon their face, my full given appellation in upper and lower case letters and in addition, thereto, *suae potestate esse,* nor do your records, herewith invalidated and expurgated, apply to me; and,

#### Second:
**Mark:** Your records are foreign to my venue, which, no oath, promise, pledge or law attaches me thereto; and,

#### Third:
**Mark:** Your agency and its agents are not established in the Tennessee constitution, are not recognized in this Republic state, and are, therefore, *persona non grata;* and,

#### Fourth:
**Mark:** Your records have no foundation in law; for the reason, they are not from an office recognized by the people or general laws in this Republic state; nation and,

#### Fifth:
**Mark:** Your records lack jurisdictional facts necessary to place or bring me within your venue; and,

**Sixth:**

**Mark:**  Your records are unintelligible and unrecognizable to me; based upon the following: They are not written in proper english; being such, they cannot be recognized lawfully in this nation state, for the reason: they violate our general customs and usages; and have no effect, force or operation outside the venue from which they originate; and,

**Seventh:**

**Mark:**  Your records fail to affirmatively show, upon their face, lawful authority for your presence in my venue; and,

**Eighth:**

**Mark:**  Your records fail to affirmatively show, upon their face, the lawful authority or necessity for your invasion of my Privacy and my Dominions; and,

**Ninth:**

**Mark:**  Your records fail to affirmitively show, upon their face, your authority to violate, disparage, or trespass upon me in any way; and,

**Tenth:**

**Mark:**  Your records have no warrant in law and are not judicial in nature; and,

**Eleventh:**

**Mark:**  Your records are not sealed with authority known and recognized in Tennessee and is, therefore, a trespass into my dominions; and,

**Twelfth:**

**Mark:**  Your records fail to disclose any legal connection between myself and your agency; and,

**Thirteenth**

**Mark:**  Your records are defective and nugatory, upon their face, due to insufficient Law.


**\* Ex Dolo malo non oritur Actio \*.**


**Chapter
two:**

**Firstly:**

Whereas, pursuant to constitutional due process requirements and the general laws of Tennessee, laws of the living **Yahweh**, said alien enemy agency is not a state judicial office having power to issue orders, summons or judgments of any kind:

And whereas, according to the custom in this nation state, the general laws of Tennessee, the laws of the living **Yahweh** and my law, said alien enemy agency cannot invade or usurp my dominions with contempt for the general custom in this state, nation:

And whereas, your records are usurping my Authority in and over my Dominions:

And whereas, my immunity from invasion is a recognized general custom in this nation state:

Now therefore, your records which are usurping my Authority, are a disturbance of the publick peace, a publick nuisance, and a trespass upon me and my dominions:

And a direct willful attack, trespass and transgression upon **Michael Darrow: Mason's** most sacred **"Right of Privacy"**, the **"Right of Husbandry"** and shall be considered as a direct attempt to create a **Constitutional Crisis** by the following men: Stephen B. Shankman, BAR member; Stuart J. Canale, BAR member; J. Daniel Breen, BAR member and James H. Allen, BAR member acting as agents for foreign De Facto Corporations, on their own personal liability.

**\* Ex nudo Pacto *non* oritur Actio \*.**

### Secondly:

Whereas, said alien enemy agency imposes a form of money inimical to the common good of the publick according to the standard set by the law of the living **Yahweh**, judicial districts of ten and the Tennessee state constitution:

Whereas, said alien enemy agency is attempting to extort a performance of suretyship from me contrary to the law of the living **Yahweh**, the general custom, *and morals in* this nation state:

Now therefore, your records and their purpose are *contra bonos mores.*

### * Quod ab Initio non valet in Tractu Temporis non convalescit *.

### Thirdly:

Whereas, your records contain the extraneous symbols, such as 05-22-06 and PERIOD ENDING 12-31-03, which symbology appears to denote time, but is unfamiliar to me; for the *reason,* I measure time in years of **Our Most High** and **His Son**, the **Messiah**, the living **Yeshua-bin-Yahweh**, in accordance with the customs and usages in this nation state:

And whereas, provisions of the peoples customs and moral law forbids me use of said unrecognized way of measuring time:

And whereas, your records contain scandalous and libelous matter all to my harm, in particular, and to this state in general:

### * Lex non cogit ad Impossibilia *.

Now, therefore:

I am invalidating and expurgating your records, and shall, henceforth, exercise my right of avoidance; for the reason: your records are blasphemous, irregular, unauthorized misnomered, defective upon their face and invalid, and are, herewith, abated for being a publick nuisance. There appear to be no factors which would warrant adjustment of the Abatement, due to a conflict of The Law.

### Chapter three:

### Ordering Clause;
### " Even direction of a court or judge, made or entered *in* writing,
### and not included in a judgment, is denominated an order."

Said defendants shall abate the matter of imposing suretyship upon me, through unlawful attachment to me, of a *persona designata,* MICHAEL D. MASON, *nom de guerre,* within ten (10) days of the ordering of this Demand In Abatement, or show cause why the Abatement should not lie. Any and all written response must include a detailed factual statement and supporting documentation, having standing in The Law. Failure to obey this court order or failure to respond in the time prescribed, herein, will result in default and a default judgment, *Nemo debet bis vexari pro una et eadem Causa,* and may subject defendants to civil liabilities or criminal punishment pursuant to the **Laws of Yahweh**: Man's created law: 'The Law of Nations, 'Articles of Confederation' and the 'Tennessee Constitution' and the *lex non scripta* in this nation state:

### * Omnia praesumuntur contra Spoliatorem *.

All responses to this instant matter should be marked with the district court cause number, and directed to the following location by only Registered Mail:

Michael Darrow: family Mason, *suae potestate esse;*
*Care of notaries;*
*:Regan-Dwayne: family Reedy;*
*:Michael-Morris: family Olson;*
*:Joyce Earl-DeLancey: family Lambeth*
general post-office
Shelby county
Cordova: Tennessee-nation state.

This good and lawful True Believing Man will henceforth, exercise my right of avoidance and maintain my dominions, my immunities, and our customs and usages, and stand upon the grounds set out above:

### * Summa Ratio est quae pro Religione facit *.

Publick and Public notice of this Demand In Abatement and the default rule day of same is posted at office of county notary in York county, Pennsylvania for all the world to witness, for the next eight weeks, and in the publick and public notice section of a national newspaper of my choosing for the next three weeks.

Sealed by the voluntary act of my own hand on this seventh day of the first month in the year of **Yahweh**, the **Most High**, six thousand eleven,

### * Vigilantibus, non dormientibus, Jura subveniunt *.

I have the honor of being a Private True Believer in the Word of Yahweh;

L.S. : *Michael-Darrow: family Mason* *suae potestate esse*
Michael-Darrow: family Mason

II. Verification by Asseveration

In witness, knowing the punishment for bearing false witness before **Almighty Yahweh** and men. I solemnly aver, that I have read the annexed Demand In Abatement and know the contents thereof; that the same is true of my own knowledge, except to the matters which are therein stated on my information and belief, and as to those matters, I believe them to be true.

Sealed by the voluntary act of our own hand on this seventh day of the first month in the year of **Yahweh**, the **Most High**, six thousand eleven.

### * Vigilantibus, non dormientibus, Jura subveniunt *.

I have the honor of being Private True Believer in the Word of Yahweh;

L.S. : *Michael-Darrow: family Mason* *suae potestate esse*
Michael-Darrow: family Mason

On this seventh day of the first month, in the year of **Yahweh**, the **Most High**, six thousand eleven, we, the undersigned good and Lawful men on the land of this nation state, having ascertained that our brother Michael-Darrow: family Mason has read and knows the contents of this Abatement, witnessed his execution and sealing of the same, and do herewith testify to the foregoing by voluntarily setting our hand and sealing this Abatement.

:Regan-Dwayne: family Reedy
county notary; for the judicial district

:Michael-Morris: family Olson
county notary; for the judicial districts



LET IN BE KNOWN YOU/ALL HAVE BEEN NOTICED

Six. A false law, as in modern humanism, the religion of the state, locates law in the state and thus makes the state, or the people as they find expressions in the state, the god of the system, false idols.

Seven. When the legal foundations shift from **Yahweh's Law** to humanism, it means that the society now draws its vitality and power from humanism, not from **The True Believer** theism.

Eight. There can be no tolerance in a law-system for another religion. Tolerance is a device used to introduce a new law-system as a prelude to a pagan or new tolerance.

Nine. I, **Michael Darrow: family Mason, will never, now or ever be under the Worship, Authority or Jurisdiction of the B.A.R. Codes, False Laws, False Idols, False gods, Black Robes, False Seals, Badges, Crown of England, Vatican, Fictional Governments, De Facto Government, De Facto Agents, Foreign Agents, Flags, Satan or any Law that does not have the true nature of the Laws of Yahweh as their intent.**

Ten. I, **Michael Darrow: family Mason, has Never granted, consented or waived to any man, woman or child the right for any trespass or transgression on His absolute Right of Privacy. Michael Darrow: Mason remains the only man on planet Earth with authority to infringe upon this Most Sacred of a man's Rights. A trespass on this Right shall be a self inflicted confession of judgment to their creating a Constitutional Crisis, with Claim of Tort.**

NOTICE TO ONE IS NOTICE TO ALL: AGENTS, OFFICIALS, JUDGES and OFFICERS

# Waiver of Tort

**Michael Darrow: family Mason hereby Waives A Claim of Tort against any man or woman, whether: sovereign, True Believer, pagan, public official, judge, attorney, officer, priest, false King, false Queen, de jure government officials or de facto government officials past, present or in the future, in the event the man or woman makes Michael Darrow: family Mason whole, as per their trespass. For in the event he or she refuses to correct their trespass and or damages they hereby waive all defense and immunity to an immediate Tort Claim in regards to their trespass and damages brought by their actions towards Michael Darrow: family Mason, without a lawful contract and a lawful claim of damages caused upon them by Michael Darrow: family Mason. The abomination of changing the spelling or capitalization of the given name, Michael Darrow: family Mason has no bearing on this Waiver of Tort, nor does the use of any private unregistered business name that is the private personal possession of Michael Darrow: family Mason, that allows Michael Darrow: to provide for his family, this will be of no difference than the use of the name Michael Darrow: family Mason. Michael Darrow: family Mason being the only living man that can assess the damages caused by the willful actions and will remain to be at the graceful concussions' of Michael Darrow: family Mason and cannot be a decision made by any other man or court. There will be only one exception to this ruling and that will be granted to a sovereign court with a true sovereign jury of True Believers in the Laws of the Almighty, Yahweh.**

**I, Michael Darrow: family Mason herby gives public and publick Notice of the claim for the following transgressions, yet not limited to the listed offenses:**
**One. Trespass on my private land, without prior written notice...................1,000 ounces.**
**Two. Trespass on my private land with prior written Notice......................2,000 ounces.**
**Three. Bearing of False witness, for each and every..................................5,000 ounces.**
**Four. False or unlawful arrest during my traveling the common ways............1,000 ounces.**
**Five. A false or unlawful arrest of the spiritual body of the man................10,000 ounces.**
**Six. For each abomination of my given sovereign name............................2,000 ounces.**
**Seven. For each hour of diverting my life from my personal desire.................50 ounces.**
**Eight. The attempt to use an act of Nobility to trespass.............................2,000 ounces.**
**Nine. Placing restraints upon the living man........................................3,000 ounces.**
**Ten. Placing the living man in a confined area against his will.......................10,000 ounces**
**Eleven. The trespass on family member with intent towards myself.............10,000 ounces.**
**Twelve. A false claim brought into a de facto District of Columbia court.........5,000 ounces.**
**Thirteen. To confiscate a personal possessions, per each item......................1,000 ounces.**
**Fourteen. False claim against any within my covertor..............................2,000 ounces.**
**Fifteen. Trespass on the Most Sacred Right of Privacy.............................20,000 ounces.**
**Sixteen. All previous apply to any woman or child within my covertor...........................**

This is not an exhausted list and may be added to either in written public or publick notice or to be decided at the time a trespass occurs. There also may be any number of the above, that will apply to each trespass. All assessments are in Silver Minted Coin and at the disgression of Michael Darrow: family Mason may be converted into another commonly accepted script or tender that will be of equal value of the amount of Silver prescribed above.

## Waiver of Bond

In the event any domestic or foreign public servant, official, judge, esquire, agent or officer causes or puts into action to cause any damage, harm, transgressions, taking of possessions, assault or any ill intent concerning **Michael Darrow: family Mason** without lawful consent of **Michael Darrow: family Mason**, hereby waives any and all defense or immunity from their personal liability. They hereinafter voluntarily consent, stipulate and confess to pledging their personal property, possessions and public Bond to set off all damages for which they have caused.

Whereupon, I, **Michael Darrow: family Mason**, state and declare that the foregoing is entirely true, correct, certain and complete, not interposed to cause delay, and that, without mental reservation or hesitation, coercion, or fortiori, I have voluntarily appeared before two living men, Deuteronomy 19:15, and have ascribed my lawful autograph hereto, appearing herein below, under pain and penalty of, "Thou shall not bear false witness," so help me, the violation of which is far more severe that any punishment to be inflicted by man, ahm-now, aha-man.

This Testamentary in Truth, consisting of three pages shall remain the Private Equity of **Michael Darrow: family Mason** as Steward for the Trustee, **Yeshua-bin-Yahweh**.

**Further Affiant saith naught.**

**Autographed this fourth day of the first month, in the year of Yahweh six thousand eleven, on the land Shelby county: fourth judicial district.**

L.S.　*Michael Darrow* 

*Michael Darrow: family Mason*, sui juris,
Expressly Reserving Rights of Privacy
general post-office
Shelby county: on the land
Cordova: Tennessee-state

### Authentication

Shelby county　　　　　　　　}
　　　　　　　　　　　　　　} affirmed in truth
Tennessee-nation state　　　}

Subscribed and affirmed before me this fourth day of the first month, in the year of the Almighty **Yahweh** six thousand eleven [March eighth, two thousand eight as per the foreign common calendar] on the land Shelby county: judicial districts.

**Done this present time, with only dry land in site and under foot.**

:Michael-Morris: family Olson
Expressly Reserving all Privacy and Liberties
a living man on the land: a county notary
Guilford county: North Carolina

:Regan-Dwayne: family Reedy
Expressly Reserving all Privacy and Liberties
a living man on the land: a county notary
Montgomery county: Virginia



Page three of three-Testamentary in Truth and Waiver of Tort: Michael Darrow: family Mason



# Tom Leatherwood
Shelby County Register

As evidenced by the instrument number shown below, this document has been recorded as a permanent record in the archives of the Office of the Shelby County Register.



1075 Mullins Station, Suite 165 ~ Memphis, Tennessee 38134 (901) 379-7500
Website: http://register.shelby.tn.us Email: Tom.Leatherwood@shelbycountytn.gov

Messiah, of the land located on the common way of Eagle Brier Cove, commonly known as two-eight-zero seven on the land within the sovereign Shelby County: Tennessee-state. I deny any evidence in Fact that otherwise exist;

8.   I, **Michael Darrow: family Mason**, has no facts, evidence or record that Michael **Darrow: family Mason** has any lawful contract with any false idols such as, but not limited to: Shelby County, County of Shelby, State of Tennessee, Tennessee State, United States, B.A.R. Association members, Crown of England, Vatican, International Monetary Fund, Internal Revenue Service, District of Columbia Courts, FDIC, United States of America any and all Banks or any other false abomination. I deny any evidence in Fact that otherwise exist;

9. I, **Michael Darrow: family Mason,** has no facts, evidence or record that **Michael Darrow: family Mason** is Under the Authority or Jurisdiction of any fiction, abomination or false idol including but not limited to: B.A.R. Association, United States, District of Columbia, District of Columbia Court, Black Robes, Seals, Flags, Badges, B.A.R. Codes, Private Color of Law statues, Any de facto office, any department or division of the United States, Uniform Commercial Codes or any other fictional false abomination of the living true believing man. I deny any evidence in Fact that otherwise exist;

10. I, **Michael Darrow: family Mason,** is a True Believer and a living Child of the **Almighty, Yahweh.** I, **Michael Darrow: family Mason,** worship none other than **Yahweh** and **Yeshua,** the only begotten son of **Yahweh** and live with their Holy Spirit within my living soul everyday.

11. I, **Michael Darrow: family Mason,** is in fact the natural born child of **Billy Ray: family Mason,** a living man and **Mildred Loriene: family Mason,** a living woman. **Michael Darrow: family Mason** was in fact born on the land, Glynn county: Georgia Republic state within the eighth month and in the year of the Almighty **Yahweh,** five thousand-nine hundred and fifty eight.

12. I, **Michael Darrow: family Mason,** denies it is possible for a corporation, such as the FDIC could insure the living man, **Michael Darrow: family Mason,** or a deluded abomination of the spelling of **Michael Darrow: family Mason.** I affirm that only a man with a deluded pagan frame of mind could even give a conscious thought to this being possible and deny there can be any evidence to refute.

13. I, **Michael Darrow: family Mason,** hereby gives truthful testimony that **Michael Darrow** has accepted the responsibility of:
    a) **Steward** for the land of the **Trustee, Yeshua,** our Messiah and Savoir.
    b) The fiduciary duty of Father and covertor for my two sons: **Curtis Michael and Patrick Louis of the family Mason.**

This Affidavit shall stand as the Truth should no man or woman refute within thirty days from this day forward as witnessed by the all knowing **Yahweh.**

This affidavit in truth put to a creation of the Most High, known to man as paper, this fourth day of the first month in the year of the Almighty, six thousand eleven by a living man, known to his brethren as **Michael Darrow: family Mason** by concuss thought transferred to his right hand to put his truthful testamentary to paper for all to witness.

: Michael-Darrow: Mason

**Michael Darrow: family Mason**
Expressly Reserving all Rights and Grace
Shelby county: on the Land
fourth judicial district of tens
Tennessee: the nation

Witnessed by: Regan Dewayne: family Reidi

: Michael-Morris: family Olsen



# Tom Leatherwood

## Shelby County Register

As evidenced by the instrument number shown below, this document has been recorded as a permanent record in the archives of the Office of the Shelby County Register.



**08033167**

03/11/2008 - 11:53 AM

2 PGS : R - MISCELLANEOUS

MARTF  557590-8033167

| | |
|---|---|
| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 10.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| WALK THRU FEE | 5.00 |
| TOTAL AMOUNT | 17.00 |

**TOM LEATHERWOOD**
REGISTER OF DEEDS SHELBY COUNTY TENNESSEE

1075 Mullins Station, Suite 165 ~ Memphis, Tennessee 38134 (901) 379-7500
Website: http://register.shelby.tn.us Email: Tom.Leatherwood@shelbycountytn.gov





# THE SCRIPTURES

Presented By
YAHWEH
To

## Michael-Darrow: for the family Mason

Recorded In "The Scriptures"
between pages "vii" and "ix".

**Family Record**

**Husband** _Michael-Darrow: Mason_
Birth _9th day, 8th mn, 5959_ Place _Jackson county_
Place _Caldwell County_ Death _____
Married _9th day, 4th mn, 5984_
Place _Shelby county_
Death _30th day, 10th mn, 5996_
Place _Shelby county_

**Wife** _Carol-Gay: Threlkeld_
Birth _33rd day, 1st mn, 5959_
Place _Madison county_
Married _9th day, 4th mn, 5984_
Place _Madison county_
Death _30th day, 10th mn, 5996_
Place _Shelby county_

**Children**
_Jacob: Michael: Mason 5994_
_Patrick-Daniel: Mason 5988_

---

**Father** _Billy-Ray: Mason_
Birth _27th day, 4th mn, 5931_
Place _Lauderdale county_
Death _14th day, 4th mn, 5931_
Place _21st day, 10th mn, 5996_

**Mother** _Mildred-Lois Louise: Green_
Birth _Lauder, 6th mn, 5933_
Place _Lauderdale county_
Married _21st day, 10th mn, 5996_
Place _Henderson, Tenn_
Death _____

---

**Grandfather** _Louis: Mason_
Birth _8th day, 8th mn, 5905_
Place _Lawrence County_
Married _11th day, 8th mn, 591_
Place _Lauderdale county_
Death _14th day, 11th mn, 5933_
Place _Lauderdale county_

**Grandmother** _Lois: Richard: Cooper_
Place _2nd day, 10th mn, 5187_
Place _Lauderdale county_
Death _3rd day, 11th mn, 5194_
Place _Lauderdale county_

**Grandfather** _Virgil-Henderson: Green_
Birth _27th day, 11th mn, 5913_
Place _Lauderdale county_
Married _2nd day, 9th mn, 5929_
Place _Lauderdale county_
Death _1st day, 8th mn, 591_
Place _Lauderdale county_

**Grandmother** _Della V. Hpiens: Sage_
Birth _10th day, 1st mn, 5913_
Place _Lauderdale county_
Death _19th day, 12th mn, 5994_
Place _Lauderdale county_

---

**Great Grandfather** _Willie-Lee: Mason_
Birth _20th day, 11th mn, 5170_
Death _14th day, 11th mn, 5933_

**Great Grandmother** _Mary-Barbara: Green_
Birth _3rd day, 11th mn, 5129_
Death _19th day, 11th mn, 5951_

**Great Grandfather** _Jonathen-Olivia: Cooper_
Birth _5th mn, 12th mn, 5155_
Death _11th day, 11th mn, 5159_

**Great Grandmother** _Eula-Ellen: etc.: Cooper_
Birth _19th day, 11th mn, 5169_
Death _3rd day, 5th mn, 591_

**Great Grandfather** _George-Bailey: Green_
Birth _10th mn, 9th mn, 5154_
Death _26th day, 1st mn, 5167_

**Great Grandmother** _Florence-Mabel: Robins_
Birth _11th day, 8th mn, 5187_
Death _1st day, 7th mn, 5166_

**Great Grandfather** _Joseph-Aniel: Sage_
Birth _8th day, 3rd mn, 511_
Death _5th day, 1st mn, 5116_

**Great Grandmother** _Minnie-Pearl: Davis_
Birth _19th day, 10th mn, 5116_
Death _1st day, 3rd mn, 5135_

---

Birth _1st day, 1st mn, 5851_
Death _Maud: Margaret: Botchell_

Birth _John: Cooper_

Birth _1st month, 5814_

Birth _Willie: Henderson: Green_
Birth _6 mn, 5104, 5811_

Birth _2nd day, 3rd mn, 5812_

Birth _7th day, 8th mn, 5859_

Birth _Mary: Frances: V._
Birth _5th day, 9th mn, 586.9_

# Tom Leatherwood

## Shelby County Register

As evidenced by the instrument number shown below, this document
has been recorded as a permanent record in the archives of the
Office of the Shelby County Register.

```
        08033168
03/11/2008 - 11:53 AM
2 PGS : F - MISCELLANEOUS
NAKIT  557590-8033168
VALUE                      0.00
MORTGAGE TAX               0.00
TRANSFER TAX               0.00
RECORDING FEE             10.00
DP FEE                     2.00
REGISTER'S FEE             0.00
WALK THRU FEE              5.00
TOTAL AMOUNT              17.00
      TOM LEATHERWOOD
REGISTER OF DEEDS SHELBY COUNTY TENNESSEE
```

1075 Mullins Station, Suite 165 ~ Memphis, Tennessee 38134 (901) 379-7500
Website: http://register.shelby.tn.us Email: Tom.Leatherwood@shelbycountytn.gov

the fourth day of the first month in the year of Yahweh six thousand eleven, this being the
present day as to the best of our truthful knowledge. With nothing but dry land under foot
and in sight, our seal is here and now placed.

:Michael-Morris: family Olson

Regan Dwayne: family Reedy



# Tom Leatherwood
## Shelby County Register

As evidenced by the instrument number shown below, this document
has been recorded as a permanent record in the archives of the
Office of the Shelby County Register.



1075 Mullins Station, Suite 165 ~ Memphis, Tennessee 38134 (901) 379-7500
Website: http://register.shelby.tn.us Email: Tom.Leatherwood@shelbycountytn.gov

disability, or presumption against the capacity, **Rights and Authority** of the Steward. The specific intent
of the guaranteed bond, under seal, is to establish, by witness, the good credit in Lawful money specie of
the Steward. In the event of the imprisonment, or restriction of Liberty, of the Steward: Michael Darrow:
Mason, by **Your/All** prior **Private** law agreement of restraints for the De-Facto Government and Officials,
"civil rights statutes for an unconstitutional deprivation when deprivation is vested pursuant to
government's "custom" [50 USC 501-593, The Law of Land Warfare FM 27-10].

PUBLIC NOTICE AND SURETY ACT AND GUARANTEED BOND PAGE # 1
cc: Treasurer of the United States, Tennessee Supreme Court, Governor of Tennessee, Sheriff of Shelby County, Secretary of the
Interior, Commonwealth of Tennessee, Department of Transportation, Tennessee State Attorney General, Tennessee State
Comptroller, Vatican, FDIC, Shelby County, Internal Revenue Service and all de-jure or De-Facto government officials.

Original
By: Michael Darrow: family Mason, Titleholder
By: _____, SEAL
Authorized Autographed in blue ink

I, Michael Darrow: Mason, do make this assurance of surety, pledge, guaranteed bond, under my seal, as full faith and credit guarantee, to any Lawful Bill, duly presented, to the Steward, under Seal, under penalties of bearing false witness (perjury), in Lawful money of account of the united States of America, in matter of correct publick judicial actions in the forum of Yahweh's Law, The Original Jurisdiction, for the benefit and credit of the peculiar private Man, as Steward, listed above and His covertors, heirs and assigns.  Principal further demands that You/All take mandatory judicial notice under rule regarding admissibility of third-party documents, requiring "good faith" and "honesty in fact, providing for the principles of The Law and Equity, including the principal and agent, estoppel, fraud, misrepresentation, duress, coercion, mistake, bankruptcy and providing for equitable remedies for unconscionability.

Intent of the guaranteed bond, under Seal, is to establish, by the Steward's witness, good credit, in the sum-certain amount of at least twenty-one ounces, a product of the soil, (dollars) in silver coin, which carries no debt obligation here on the Land of Yahweh, commonly known to man as Earth, minted by the American Treasury, united States of America, Lawful specie Dollars of the united States of America, available to bond actions of the private party listed above, and further, in reservation of **Rights** under Yahweh's Law, The Original Jurisdiction and customs of the united States of America, has, before this assembly of Men,  guaranteed bond in tender of **twenty one ounces** of Silver, minted in the form of Dollars of Silver, [Coinage Act of A.D. 1792], Bond of Identity and Character as proof positive, competent evidence,  the Steward: Michael Darrow: Mason cannot be bankrupt, the *causa debendi*, not *cessio bonorum*, or a forma pauperis, *dolus* trust.

Life of this guaranteed bond covers a period of the life of the above Sovereign Steward for the Trustee and assignable to heirs, assigns and those under covenant of covertor, from date entered below unless the DEBTOR,  BAILEE, DAMAGED PARTY or damaged man, enters true bill of particulars and all related causes of action and your advice of counsel (what corporation do you represent) and information with testamentary documentation under penalties of bearing false witness (perjury) into evidence in case of peculiar private Man listed above, whereby, by autographed **Jerat** and Seal of Michael Darrow: Mason, as Steward for the Trustee in capacity as beneficiary of **The Original Jurisdiction**, surety, Guarantor, herein confirms, attests, and affirms this guaranteed bond.  All assumptions and presumptions by you have to be proven in writing, wet-ink signed and sealed before three witnesses as a valid response, if any.

Upon Your/All failure of response required under the twenty-one day grace period under **Truth In Facts**, of response and rebuttal of this **Notice of Surety Act and Guaranteed Bond**, point for point, from receipt, **You/All** are in default/ are hereby collaterally estopped from any further adversarial actions against peculiar private Man, as Steward, listed above, all heirs, agents and assigns, foreign and domestic, in concerns of the original documents. **Your/All** failure of response under the twenty-one day grace period with Truth In Facts, is Your/All tacit agreement in which **You/All** are time-barred and forever fired from any representation of the Steward, known as Michael Darrow: Mason and/or heirs, covertors and assigns, to include all.

I solemnly Declare on My Stewardship for the Trustee, that the following statements in regard to the matters at hand are based on the Stewards firsthand Knowledge and Understanding, and are True, Correct and Certain except as to those Statements made on Opinion, Belief or hearsay Evidence, and as to those Statements, I claim them to be True, Correct and Certain, to the best of the Steward's ability, all conditional on my receipt of a man's bona fide written statement of claim to the contrary in the form of a bill of particulars bearing Your/All manual autographed signature, together with Your/All superior proof of claim against the Steward in Law, all within twenty-one  days, not to include the days of Sabbath, from the date of this being made publick or public.

With failure to so respond will be accepted as proof of Your/All's acceptance, agreement and tacit consent that the preceding and following statements are true, correct and certain, all conditional on the Steward's timely receipt of Your/All written statement of claim and proof of claim to the contrary.  All men continuing acts to the Steward for the Trustee detriment on any matters at hand without proof of the

Original
By: _____ Michael Darrow: family Mason, Title Holder
, SEAL
Authorized Autographed in blue ink

Stewards's error, mistake or broken promise, will be accepted as proof of violation of Your/All Oath of Office Contract as previously solemnly accepted by me in good faith, and will be treated as Your/All tacit consent and agreement for the Steward to bill You/All for the Steward's time to controvert Your/All acts at the reasonable rate of fifty (50) ounces of Silver (United States Dollars Silver Coin) per hour or part thereof, all conditional on the Steward's timely receipt of Your/All written statement of claim and proof of claim to the contrary, all within ten days.

I do not recall entering into, or positively consenting to, any **contract, agreement or fiduciary** obligation with/to/for the United States, FDIC, Internal Revenue Service, International Monetary Fund, Federal Reserve System, Commonwealth of Tennessee, State of Tennessee, Crown of England, a Queen, a false King, County of Shelby, Shelby County, County, any De Facto Agency, Corporation, False GODS, False Idols or to any **matter/being** that cannot manually produce their autograph, and therefore I deny that any such contract or agreement can exists; all conditional on **Your/All** entering **Your/All** statement of claim and superior proof of claim, as to the existence of such contract, into the **district court's** evidence file in open district court: And should **You/All** fail or refuse to provide such evidence, I will accept that failure or refusal as **Your/All** admission and confession of criminal intent to defraud me of my Right of Privacy and to all Rights as Steward for the Trustee, and also as Your/All tacit consent for the Steward to bill **You/All** for damages for using/wasting an as yet undetermined number of hours of the Steward's time at the reasonable rate of fifty (50) ounces of Silver (United States Dollars Silver) per hour or part thereof, all payable within thirty days of billing, all conditional on the Stewards receipt of **Your/All** written statement of claim and proof of claim to the contrary within ten days.

I conditionally accept Your/All draft for the Steward to perform to, or to pay/discharge, some alleged obligation or promise, and in friendly negotiation **I hereby offer this to be the Steward's redraft for ALL, Prior, Present and Future Claims and therefore obligates Your/All** written, signed and sealed statement of claim and proof of claim, prior to proceeding further against the Steward and the Trustee, that **Your/All** account rendered is a liquidated demand (i.e. in the form of a bill of particulars), or that an un-liquidated demand imposes a duty upon the Steward for the Trustee, a sentient man, to perform to any obligation or promise: and if the **Steward's** redraft is refused, then I require payment for the taking of the Trustee's Equity and all that derived thereof, called time, in the amount of fifty (50) United States Dollars Silver Coin for each such hour, or part thereof, of the Steward's time, or else my receipt of **Your/All** statement of claim and proof of claim that such payment is not owed, all within twenty-one days, not to include days of the Sabbath, not to exceed thirty days.

All implied rights and claims by **You/All**, are hereby totally removed forever and **You/All** are hereby ordered to re-convey all Equity (property) titles and related documents of any and all assets including the original wet-ink signed documents (including Promissory Note(s) and Warranty Deed(s) as applicable) to peculiar private Man listed above, and Steward for the Trustee reserves all rights to sell and /or convey said Equity (property) with the Steward's bill of sale in lieu of unreturned Title documents with equal force and effect of **The Law**. **Your/All** failure of response to this document gives peculiar private man, Steward, listed above, all rights to title, re-conveyance on all assets to include, but not limited to, Real Equity (property and movable property), Leased property and equipment (Leasors are prohibited from disposing or degrading of any Leased Property or Equipment or Others until this indebtedness is paid in Full), all Stock, Options, Bonds, Securities, and Other negotiable Instruments, for good cause not limited to laws of collateral estoppel, coercion, fraud and want of subject matter jurisdiction, peculiar private man listed above demands that cause(s) be vacated, dismissed and accounts be immediately paid/discharged with prejudice. With **Your/All** Failure of response, **You/All** are "DENIED FOR GROSS FRAUD, TIME BARRED AND WAIVED – IN RE: BOTH FOREIGN AND DOMESTIC, ALL SHAREHOLDERS OF THE FEDERAL RESERVE NOTE DOLLAR SYSTEM, ALL INTERLOCKING DIRECTORATES, ALL INTERLOCKING DIRECTORY TIES, ALL AGENTS FOR THE BAR TREATY OF 1947/I.B.A./U.N.,

/ Original
By-Michael Darylyn: family Mason, Title Holder
By: _____
Authorized Autographed in blue ink

AGENTS FOR THE CROWN, AGENTS FOR THE W.T.O., AGENTS FOR THE VATICAN CITY STATE to include ALL....

Whereas, if YOU/ALL believe that you might have a bookkeeping problem now at the STATE, the INTERNATIONAL, and/or any/all POLITICAL SUBDIVISIONAL LEVELS this "is" how these fraud instruments will be interpreted/treated as follows:

1. Three (3) times (X) the tacitly agreed to valid "money" claim,
2. Three (3) times (X) the tacitly agreed to valid "movable property" claim,
3. Three (3) times (X) the tacitly agreed to valid "fixed property" claim,
4. Three (3) times (X) the tacitly agreed to valid "any/all damages" claim including but not limited thereto all days for "misprision of felony", [18 USC 4 as P.O.W. under YOUR/THEIR INTERNATIONAL LAW, OR RULE OF LAW SYSTEM, ET A]. Furthermore, before volume one (1) page one (1) ever "existed" laws of nations, and laws on bankruptcies, even before COLUMBUS SAILED THE OCEAN BLUE IN 1492, it's called the Holy Scriptures, Supreme Law of Yahweh but not limited to.

Furthermore, this is your tacit agreement to "SUMMARY JUDGEMENT OF DEFAULT, CAPITULATION, TERMINATION, REDEMPTION ORDER, AND ORDER FOR EXECUTION OF JUDGEMENTS", APPLICABLE TO ANY/ALL PUBLIC OFFICERS, EMPLOYEES THEREIN THE FOLLOWING any/all INTERLOCKING DIRECTORATES AND EQUITY TIES, AGENTS, CLERKS, SERVANTS OF A CORPORATION, ET AL. "While they promise them liberty, they themselves are the servants (slaves) of corruption: for whom a man is overcome, of the same is he brought in bondage (enslaved)." 2nd Peter chapter 2, verse 19, The Supreme Law of Yahweh, for this SURETY ACT AND GUARANTEED BOND. Failure of response or rebuttal under penalties of bearing false witness (perjury) is also your assent to this Notice of Surety Act and Guaranteed Bond without recourse and that fault exists, creating fraud through material misrepresentation that vitiates all forms, contracts, testimony, agreements and all, expressed or implied, from the beginning, and there is no longer permission by consent or assent for any demand of payment being ordered or levied against peculiar private man listed above, and peculiar private party listed above further demands that record be expunged and records and facts of above attached captioned case be turned over to the De Facto agents for the FBI, Secret Service and any other interested federal agencies for their investigation of violations of Your/All federal law and any interlocking agencies thereto, et al.   **No third party interveners are allowed, and each enters at their own risk of having a criminal complaint lodged against their bond for interfering in the private affairs of another without written permission, which is practicing law without a license.**

**Your/All failure to respond to this DECLARATION FOR NOTICE WITH SURETY ACT AND GUARANTEED BOND in Twenty-one days, not to include days of Sabbath, is Your/All tacit agreement without recourse that you "ARE ESTOPPED BY TACIT PROCURATION, COLLATERAL ESTOPPEL, STARE DECISIS, PROMISSORY ESTOPPEL, ESTOPPEL BY ACQUIESCENCE, AND RES JUDICATA", THAT THE YOU/THEY ARE NOW AND FOREVER BARRED TO ARGUE AND CONTROVERT THE ISSUES ADMINISTRATIVELY AND JUDICIALLY.**

## "YOU/THEY ARE IMPEACHED AND ARE IN ESTOPPEL"!

This Bond Shall Replace Any and All Presumed or Assumed Corporate Insurance, Including, Yet Not Limited To The FDIC.

[NOTE: THIS DOCUMENT WILL BE MADE PART OF THE PUBLIC RECORD UNDER YOUR/ALL RULE 902 (4), (8) OF THE FEDERAL RULES OF EVIDENCE AND WILL BE USED TO ESTABLISH AN ADMINISTRATIVE RECORD WHICH WILL BE PROVIDED AS

PUBLIC NOTICE AND SURETY ACT AND GUARANTEED BOND PAGE # 4
cc: Treasurer of the United States, Tennessee Supreme Court, Governor of Tennessee , Sheriff of Shelby County, Secretary of the
Interior, Commonwealth of Tennessee, Department of Transportation, Tennessee State Attorney General, Tennessee State
Comptroller, Vatican, FDIC, Shelby County, Internal Revenue Service and all de-jure or De-Facto government officials.

Original)
By: _____ , SEAL
Michael Duryea, family Mason, Title Holder
Authorized Autographed in blue ink

EVIDENCE IN ANY JUDICIAL PROCEEDINGS AT LAW, IN LAW OR EQUITY REGARDING ANY CASE OR SUIT.]

**LAWFUL NOTICE**
[RESPONSIBILITY DISCLAIMER UNDER TITLE 42 U.S.C. 1986 FOR KNOWLEDGE OF THE LAW, VENUE AND JURISDICTION OF ALL ACTIONS/CASES RELATING TO THIS PRIVATE CONTRACT ARE UNDER COMMON LAW JURISDICTION OF THE TITLE 4 U.S.C. 1: AMERICAN FLAG OF PEACE OF THE united STATES OF AMERICA, REFERENCED UNDER PRESIDENTIAL EXECUTIVE ORDER 10834, AND UNDER ARTICLE (6) SECTION (3), OATH OF FIDUCIARY OFFICERS OF THE COURT, AND UNDER ARTICLE (IV) (4) SECTION (3), NO 'state' [JUDGE] SHALL CREATE A STATE (AREA OF THE BAR), AND united STATES CODE ANNOTATED 11: NO 'FOREIGN STATE' (LAW OF THE FLAG) SHALL HAVE JURISDICTION OVER A SOVEREIGN CITIZEN IN PARTY, AND ARTICLE [1] SECTION (9),AMENDMENT 13: NO TITLES OF NOBILITY (ESQUIRES) UNDER ANY FOREIGN FLAG JURISDICTION AND IN BREACH OF THE TREATY OF TITLE 28 U.S.C. 1605 'FOREIGN SOVEREIGN IMMUNITY ACT OF October 21, 1976 AND IN BREACH OF THE CONSTITUTION OF THE united STATES OF AMERICA, WILL BE ALLOWED IN THE JURISDICTION OF THE CASE. BREACH OF CONTRACT BY ANY PARTY WILL CAUSE SANCTIONS UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 16(t), WHEN THE CONSTITUTION OF THE united STATES OF AMERICA IS SURRENDERED FOR A FOREIGN STATE/POWER, AND BREACH OF CONTRACT OF OATH OR AFFIRMATION FOR THE united STATES OF AMERICA, THEN CHARGES FOR PERJURY OF OATH (TITLE 18 U.S.C. 1621), CONSTRUCTIVE TREASON, AND FALSE SWEARING WILL BE BROUGHT AGAINST THE OFFICERS OF THE COURT. THE CONSTITUTION OF THE united STATES OF AMERICA IS MADE A PART OF THIS PRIVATE CONTRACT BY REFERENCE AND IN A 'REAL TIME' 'PRESENT TENSE' STATE OF BEING.]

Disclaimer: The Steward, Michael Darrow: Mason makes no Claim of any Private Man made Codes or Statutes, nor do they restrict or obligate the Steward in any manner, but shall restrict the officers and agents of all De Facto Agencies and Corporations, as for their stipulated agreement.

### [NOTICE TO PRINCIPALS IS NOTICE TO AGENTS]
### [NOTICE TO AGENTS IS NOTICE TO PRINCIPALS]

Teste Meipso

Done this the fourth day of  first (month),  in the year of Yahweh, six thousand eleven.

By: _____ No Dolus
Autographed    Mark    by: Michael-Darrow: family
Mason Reservation of Privacy, only in capacity as
beneficiary of The Original Jurisdiction, Pursuant to:
The Laws of Yeshua-bin-Yahweh.

Shelby county          }
                       } in Truth:
Tennessee nation       }

Michael Darrow: family Mason, known by :Regan-Dwayne: family Reedy and :Michael-Morris: family Olson, to be a natural living man, an inhabitant on the Land Shelby county: Tennessee nation, within the sovereign judicial districts and in possession of at least Twenty-One (21) Lawful Silver Dollar Coin  and duly Pledged, Authenticated, Verified, and Exemplified, pursuant to this the fourth day first (month),  in the year of our Almighty, YHWH, six thousand eleven.

We herby with concuss thought manually place our sovereign autographs and seals upon this Bond, with nothing but dry Land in site and underfoot.

:Michael-Morris: family Olson
a man on the Land: Guilford county
a county notary, at Large
Expressly Reserving the Right of Privacy

:Regan-Dwayne: family Reedy
a man on the Land: Montgomery county
a county notary, at Large
Expressly Reserving the Right of Privacy

PUBLIC NOTICE AND SURETY ACT AND GUARANTEED  BOND PAGE # 5
cc: Treasurer of the United States, Tennessee Supreme Court, Governor of Tennessee , Sheriff of Shelby County, Secretary of the Interior, Commonwealth of Tennessee, Department of Transportation, Tennessee  State Attorney General, Tennessee  State Comptroller, Vatican, FDIC, Shelby County, Internal Revenue Service and all de-jure or De-Facto government officials.

Original
By: Michael Darrow: family Mason, Title Holder
_____ SEAL
Authorized Autographed  in blue ink

# Tom Leatherwood

Shelby County Register

As evidenced by the instrument number shown below, this document
has been recorded as a permanent record in the archives of the
Office of the Shelby County Register.



**Title 26 United States Code**

**§ 7701. Definitions**

**(1) Person**
The term "person" shall be construed to mean and include an individual, a trust, estate, partnership, association, company or corporation.

**(4) Domestic**
The term **"domestic"** when applied to a corporation or partnership means created or organized in the United States or under the law of the United States or of any State unless, in the case of a partnership, the Secretary provides otherwise by regulations.

**(5) Foreign**
The term **"foreign"** when applied to a corporation or partnership means a corporation or partnership which is not domestic.

**(14) Taxpayer**
The term "taxpayer" means any **"person subject"** to any internal revenue tax.

# Title 26 United States Code.

# § 3002. Definitions

**(14) "State"** means any of the several **States**, the District of Columbia, the Commonwealth of Puerto Rico, the Commonwealth of the Northern Marianas, or any territory or possession of the United States.

**(15)** "United States" means
**(A)** a Federal corporation;
**(B)** an agency, department, commission, board, or other entity of the United States; or
**(C)** an instrumentality of the United States.
The term "foreign" when applied to a corporation or partnership means a corporation or partnership which is not domestic.

**CERTIFICATION OF SERVICE: care of; United States Post Office**

**Tennessee state** )
) affirmed in truth
**Shelby county** )

I, :**Regan-Dwayne: Reedy** and :**Michael-Morris: Olson**, being county notaries, at large, did in fact witness the following to be factual:

1. That, in Shelby county: Tennessee state, on the seventh day of first month in the year of Yahweh six thousand eleven, that on behalf of Michael Darrow: Mason, a living man, the undersigned personally deposited the following documents inside the envelopes sealed them and deposited them for United States Post Office to wit:

   - Document- Demand in Abatement/Notice of Default; Default Judgement; and Praecipe, consisting of five pages
   - Document- Testamentary in Truth, consisting of three pages
   - Document- Affidavit in Facts, consisting of two pages
   - Document- Affidavit concerning rescission of signature/documents/family Mason record, consisting of two pages
   - Document- Affidavit For Notice of Fiduciary Duty, consisting of one page
   - Document- Declaration for Notice with Surety Act and Guaranteed Silver Bond, consisting of five pages
   - Two other Documents, consisting of one page each
   - Certificate of Service, consisting of two pages
   Total of ten documents, consisting of twenty-two pages.

   That we personally for United States Post Office, Registered Mail and Certified Mail™, respectively, as noted below, at said City and State, one (1) complete set of documents, as described in item 1 above, properly enveloped and addressed to:

Clerk U.S. District Court
Room 242, Federal Building
167 North Main Street
Memphis, Tennessee near [38103]

Registered Mail # RA 133 513 442 US
Return Receipt

J. Daniel Breen
Chambers Room 1157, Courtroom 1
167 North Main Street
Memphis, Tennessee near [38103]

Certified Mail # 70070710000395058602
Return Receipt

Stuart J. Canale
U.S. Department of Justice
800 Federal Building
Memphis, Tennessee near [38103]

Certified Mail # 70070710000395058619
Return Receipt

Stephen B. Shankman
200 Jefferson Ave., Ste. 200
Memphis, Tennessee near [38103]

Certified Mail # 70070710000395058626
Return Receipt

Edwin Fredrick O'Brien
c/o Catholic Center
320 Cathedral Street
Baltimore, Maryland near [21201

Certified Mail _7007 0710 0003 9505 8633_
Return Receipt

Jason T. Evans
Fort Monroe, 3 Ruchman Road
Fort Monroe, Virginia-state near [23651]

Certified Mail _7007 0710 0003 9505 8640_
Return Receipt

2. That we are at least 18 years of age;
3. That we are not related to Michael-Darrow: family Mason, by blood, marriage, adoption, or employment, but serve as a "disinterested third party"; and further,
4. That we are in no way connected to, or involved in or with, the person and/or matter at issue in this instant action.

We now affix our autographs to these affirmation on this the seventh day of the first month in the year of the Most High six thousand eleven, as to the best of our knowledge of the present time.

:Reed-Dwayne: family Reedy
county notary; Montgomery county
Expressly Reserving all Privacy Rights

:Michael-Morris: family Olson
county notary; Guilford county
Expressly Reserving all Privacy Rights





**Michael Darrow: family Mason**
**With absolute reservation of Privacy**
general post office
Shelby county
Cordova: Tennessee-state

commonwealth of Yisrael



<u>Testimony of Publick Notification</u>:

Holy Scriptures for the family Mason;

The original is placed under the protective Veil of Yahweh:

between pages 224 and 225, within the Book of:

Yehoshua (Joshua) chapter 1st on this fourth day of the;

first month in the year of Yahweh six thousand eleven;

*Rogan Dwayne Reedy* a county notary, at large

Authenticated Abstract of the Original

date being the fourth day of the first month, six thousand eleven     memorandum of record

# TESTAMENTARY IN TRUTH
## WITH NOTICE OF ABSOLUTE RIGHT OF PRIVACY

This "Testamentary in Truth" is prepared in accordance for use under the authority of and in accordance with **Yahweh's Law**, and for evidentiary purposes, federal and state under the authority of and in accordance with the[ Rules of Evidence, Rule 902], to establish "Self-authenticating evidence under Seal".

On the soil of Shelby county           }
                                        } in Truth
On the soil of Tennessee-nation state  }

To: All Men, all De Facto Officials, all foreign agents

The undersigned, bearing true faith and allegiance thereto; a sovereign man inhabiting Shelby county: Tennessee , by; threat, duress, coercion, under false imprisonment upon void judgment, enjoying the "right of soil", "right of possessions," "right of preemption," "right of exemption," "right of privacy" and all other Rights Unalienable, as publicly published and thus declared a living man, and by virtue of the appertaining thereto, to wit.

I specifically declare that I have not granted, donated or given any lawful or legal title to any purported, implied resulting, charitable or other trust administered by the UNITED STATES, the UNITED STATES OF AMERICA, the STATE OF TENNESSEE, Tennessee State, District of Columbia, Vatican or Crown of England. I further specifically declare that I never had or have any intent to create a cestue que trust, whereby **Michael Darrow: family Mason** is settlor, donor, or grantor of any res to which a trust wherein Michael D. Mason is a beneficiary having a territorial relationship with UNITED STATES, UNITED STATES OF AMERICA, BRITISH CROWN, KING, QUEEN, VATICAN, STATE OF TENNESSEE or, STATE OF GEORGIA.

I specifically declare that there is no law that can compel me to accept liabilities imposed by the compelled use of a legal personality. I declare the following to be the truth:

One. [April 3. 1644]: It was ordered that the judiciall lawes of **Yahweh**, as they were delivered by Moses...be a rule to all courts in this jurisdiction in their proceeding against offenders....

Two. It is modern heresy and pagan beliefs that holds that the law of **Yahweh** has no meaning, nor any binding force for man today.

Three. The law is one law, the law of **Yahweh**. Without this law, society would collapse into anarchy and fall into the hands of pagan hoodlums.

Four. To be spiritually minded is life and peace, and to be spiritually minded we must apply the mandates of the written word under the living Almighty, **Yahweh**.

Five. Civil law cannot be separated from **Yahweh's Law**, for the **Scriptured** doctrine of law includes all law, civil, ecclesiastical, societal, familial, and all other forms of law. The social order which despises **Yahweh's Law** places itself on death row.

:Michael-Darrow: family Mason
:Regan Dwayne: family Reedy, county notary
:Michael-Morris: family Olson, county notary
Care of:  Post Office for the de jure
            general post-office
            Shelby county: on the Land
            Tennessee-nation

Clerk U.S. Distri
Room 242, Feder
167 North Main :
Memphis, Tenne:



RA 133 513 442 US