

It is hereby adjudged and decreed that the below described is so ordered.

RECEIVED
08 APR 16 AM 11:38
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

superior court of judicature
fourth judicial district of tens
held at Shelby county, Tennessee the land
to the **commonwealth Yishra'el**
original jurisdiction under **Yahweh**.

A man on the free soil, Shelby the county, the land )
Tennessee; **commonwealth Yishra'el**, *de jure*, in the )
name of :Michael-Darrow: Mason, a Sovereign on the )
free soil )
    Demandant, suitor )
 )
Against )
 )
J. Daniel Breen d/b/a, a foreign judge )
Stuart J. Canale d/b/a, a foreign agent )
Stephen Shankman d/b/a, a foreignl agent )
James H. Allen d/b/a, a foreign magistrate judge )
Thomas M. Gould d/b/a, a foreign clerk )
For the United States, Internal Revenue Service
    Respondents, Defendants

Suit: YHWH-seven two
[foreign cause 2:07-cr-20071-JDB-1]

*Order to Strike*
*Final Order*

### ORDER TO STRIKE

    Pursuant to the Defendants' confession of Default Judgment in the Order of the court by Demand in Abatement, issued on or about March 3, 2008, [per pagan Roman calendar] and the Order of the court by Judicial Review, issued on or about March 16, 2008, [per pagan Roman calendar] this foreign cause has been ordered closed. Defendants have been ordered to cease and desist in all process concerning this matter. An order to strike the plea entered on the docket dated on or about April 7, 2008, [per pagan Roman calendar] is hereby issued by the court. Any further attempts to enter pleas concerning this closed foreign issue will be considered a direct and willful attempt to create serious liabilities on the county. Testimony, assessments, and affidavits have already been served on the de-jure county offices of constable, clerk, assessor, treasurer, and notaries. Further attempts to create liabilities in the county will result in the issuance of warrants for the arrest and seizure of the public hazard bonds held by the defendants and remunerations through the International Court of Trade to purge said injuries to zero the liabilities created on the county by defendants..

    *Defendants are hereby ordered* to cease any further action concerning this cause.

    *Defendants are hereby ordered* to strike the pleading filed on or about April 7, 2008, [per pagan Roman calendar] into the de-facto case.

    *Defendants are hereby ordered* to immediately remove all writings concerning this matter from the Internet site, PACER.

    *Defendants are hereby ordered* to remove from the NCIC system any derogatory information concerning Suitor.

    This foreign cause is *closed*.

    This is the *final order* of the court, the one supreme court with delegated authority.

    So ordered by :Michael-Darrow: family Mason, a Sovereign living Spirit and titled freeholder on the free soil, Shelby: the county, Tennessee: the land and by exclusive right of self governance and filed with the clerk of the court and recorded in the de-jure public record of Shelby: the county, Tennessee: the land, this tenth day of the second month in the year of the Most High, Yahweh, six thousand eleven.



:Michael-Darrow: family Mason, the county
magistratus, superior court of judicature
fourth judicial district of tens
original jurisdiction under Yahweh.

:Michael-Darrow: family Mason, the county
superior court of judicature, fourth judicial district of tens
general post-office
Cordova: Tennessee the land
Shelby the county: **commonwealth Yishra'el**
[near *de-facto* 38016]

With nothing but dry land under foot and in sight, our seals are here and now placed.

May the Most High Yahweh Bless You,

one living deity: King of kings, and Ruler of rulers: Yahshua יהושע:

Witnessed this tenth day of the second month in the year six thousand eleven, on the land Shelby: the county, Tennessee the land; **commonwealth Yishra'el**.



:Michael-Morris: Olson
county notary: Guilford county
steward for the Trustee: Yahshua

:Joyce-Earl-DeLancy: Lambeth
county notary: Guilford county
steward for the Trustee: Yahshua

:Regan-Dwayne: Reidi
county notary: Pulaski county
steward for the Trustee: Yahshua

## CERTIFICATION OF SERVICE

We, :Joyce-Earl-DeLancy: family Lambeth, :Michael-Morris: family Olson and :Regan-Dwayne: family Reidi, do hereby give solemn testimony that on this tenth day of the second month in the year of The Most High, Yahweh, six thousand eleven witnessed the autograph of the living man, :Michael-Darrow: family Mason, being placed upon this Notice, on the land known as Shelby county: Tennessee the land and that a true and correct authenticated abstract of the original was delivered by Post Office mailing to the following:

J. Daniel Breen
James H. Allen
Thomas M. Gould
242 Federal Building
167 North Main Street
Memphis, Tennessee 38103
Registered mail: RB 720 176 204 US Certified Return Receipt

Stuart J. Canale
U. S. Department of Justice
800 Federal Building
Memphis, Tennessee 38103
Certified Mail 7099 3220 0006 8526 6315 Return Receipt

Stephen B. Shankman
200 Jefferson Ave., Ste. 200
Memphis, Tennessee 38103
Certified Mail 7099 3220 0006 8526 6308 Return Receipt

Notice: The use of the Post Office is a Right that cannot be altered or changed by de facto agencies or corporations into a privilege being granted, for there being no authority to alter this Right, originating from The Scriptures. May the Most High bless your every minute of every day.

With nothing but dry land under foot and in sight, our seals are here and now placed.

May Most High Yahweh Bless You,

one living deity: King of kings, and Ruler of rulers: Yahshua יהשוע

:Joyce Earl-DeLancy: family Lambeth
county notary, at large: Guilford county
A living man, a steward for the Trustee

:Michael-Morris: family Olson
a county notary, at large: Guilford county
A living man, a steward for the Trustee

:Regan-Dwayne: family Reidi
county notary, at large: Pulaski the county
A living man, a steward for the Trustee

Tennessee:
  On the land
  Shelby county

In the district court of original jurisdiction
For Shelby county: Tennessee the land
commonwealth Yisrael

:Michael-Darrow: Mason )
)
)
suitor, )
)
vs. )
Stephen Shankman a/k/a foreign agent )
J.Daniel Breen a/k/a foreign judge )
Stuart J. Canale a/k/a foreign agent )
James H. Allen a/k/a foreign agent )
Thomas M. Gould a/k/a foreign agent )
For the Unites States, USA, )
Internal revenue Service   defendants, )
Reference to foreign cause(s): 2:07-cr-20071-JDB-1 (2:07-cr-20071-JDB)

suit identity: YHWH-seven-one

Affidavit by the stewards for the Trustee
for the interest of saving a living man's soul;
for the Almighty, Yahweh

**PROPOSED**

## Affidavit to Issue Warrant For Arrest of Bond by Writ

The corporate officials: J. Daniel Breen; Stuart J. Canale; James H. Allen, Thomas M. Gould and Stephen Shankman, acting as foreign agents for a Politically Motivated Foreign Cause are in contempt of the one supreme court order. Done this third day of the second month, in the year of the Almighty, six thousand eleven.

One. :Michael-Darrow: Mason and three county notaries: :Regan-Dwayne: Reddi; :Michael-Morris: Olson and :Joyce Earl-DeLancey: Lambeth having completed a judicial review, that included an Order to close this matter on this fore mentioned Politically Motivated foreign cause.

Two. Men and women acting as corporate agents-officers for foreign corporations: Internal Revenue Service, International Monetary Fund and the B.A.R. association corporations, none of which are lawfully registered or permitted into the judicial districts of Shelby the county and having made demands to transfer equity out of the county trust by force, fraud and coercion.

Three. These men and women have made demands without any lawful constitutional official offices or authority and are merely foreign private corporate agents attempting to steal equity from the steward for the Trustee, Yahshua. This being a direct challenge to the Authority of the Almighty, Yahweh and His proclaimed sovereign judicial districts of the county land as prescribed in the Book of Exodus.

Four. The Justices for the Supreme Court and Congress have failed to provide lawful constitutional offices for the living man to operate as such and therefore attempting to force every man, woman and child on the land of the Almighty, to be presumed to be a fictional created being. This being nothing short of blasphemy directed at the Most High and Treason against the men and women inhabiting His land.

Five. For the men and women of Congress and The Supreme Court failing to provide lawful constitutional offices for government officials with the authority to act on any public law, whether private or positive law, leaves this union of nations without any of man's law and only the everlasting Law of Yahweh.

Six. The Almighty has obligated Himself to provide the means of a remedy for His demands. This shall bind the men and women acting as de facto agents No less.

Seven. These men and women acting as agents for foreign private corporations by means of fraud, threats, coercion and bearing false witness, has attempted to force the True Believing men and women of Yahweh's Word into fictional beings under the authority and control of nothing more than NAMES (CORPORATIONS) on a sheet of paper. This is forced worshipping of false idols under the threat of punishment: forced Religion not of the Almighty, but Paganism. This being a direct means of Damnation for the living man's soul with No Hope for Everlasting Life. There being no amount of silver or gold that can discharge this Oppression.

Eight. The fore mentioned facts has established the only choices of the man :Michael-Darrow: Mason to either stand on the Word of the Almighty, Yahweh and continued hope of eternal life and go to a corporate warehousing prison OR Worship false pagan rituals, pay tribute to false kings-idols, and therefore sealing the fate of a man's soul to the gnashing of teeth in eternal fire and brimstone.

Nine. The corporate officers acting as de facto judges, clerk and attorneys are in contempt of the Order of the court for the lawful offices, being county notaries, for the men and women on the land for the

Trustee. The corporate officials are attempting to create a **Constitutional Crisis** and **Treason** upon the land of the sovereign man for a foreign cause, being **Politically Motivated**. This being a direct challenge and attack on the **county Trust**, created in the Book of Exodus by the **Most High**.

Ten. The de facto officers have placed the man **:Michael-Darrow: Mason** as a fugitive from justice on the corporations website (UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE) due simply to the fact **:Michael-Darrow: Mason** does not wish to be forced into acting as if he were a fictional trust or corporation, self confession of blasphemy against the **Almighty**.

Eleven. The corporate officers for the corporations; Internal Revenue Service, United Sates of America, B.A.R. Association or Department of Justice has no authority or jurisdiction on the land **Shelby county Trust**. These are mere orders from corporate officers attempting to impersonate publick officials. Their orders or warrants are fraudulent, null and void on there face, with No effect of Law.

Twelve. The county notaries as witnessing the Order by **:Michael-Darrow: Mason**, as the superior court, to dismiss and close this foreign cause.

Thirteen. The county notaries are now in conjunction with **:Michael-Darrow: Mason** to issue an Arrest by Writ for the Public Bonds of the following corporate officers:

   a) Stephen Shankman, foreign agent B.A.R. member
   b) Stuart J. Canale, foreign agent B.A.R. member
   c) J. Daniel Breen, acting as a judge
   d) James H. Allen, acting as judge-magistrate
   e) Thomas M. Gould, acting as clerk of court

## Notice of Offer for Immunity from Warrant

:Michael-Darrow: family Mason hereby grants an Offer of Immunity for the fore mentioned corporate officers in the event the Order of The court is honored no later than the eleventh day of the April Month in the year two thousand eight as per the Julian fiction calendar. The entire foreign cause is to be Closed, Sealed and Returned to :Michael-Darrow: family Mason at: general post-office; Shelby the county; Cordova: Tennessee the land; commonwealth Yisral; near de facto [38016].

This Affidavit by the stewards in support of the Arrest by Writ to Execute against the Public Hazard Bonds-Insurance for J. Daniel Breen, Stuart J. Canale, Stephen Shankman, James H. Allen and Thomas M. Gould for their trespass and oppression on the living man :Michael-Darrow: Mason in their attempt to force foreign religious beliefs, foreign law, insurance regulations, corporate superiority over man, taking of equity from the county Trust (as if :Michael-Darrow: Mason owe tithes to foreign pagan masters) for the benefit of man for the county Trust; Shelby or Tennessee the land: commonwealth Yisral; this third day; second month; six thousand eleven.

:Michael-Darrow: family Mason
county notary: Shelby the county
steward for the Trustee, Yahshua
by the authority of Yahweh

:Regan-Dwayne: Reidi
county notary: Pulaski the county
steward for the Trustee, Yahshua
by the authority of Yahweh

:Michael-Morris: family Olson
county notary: Guilford the county
steward for the Trustee, Yahshua
by the authority of Yahweh

:Joyce-Earl-DeLancey: family Lambeth
county notary: Guilford the county
steward for the Trustee, Yahshua
by the authority of Yahweh

# Arrest by Writ to Execute:

## For Public Hazard Bond-Insurance

Shelby the county Trust: On the land for the *Trustee, Yahshua* the *Messiah* brought forthwith by the priests-stewards for the county Trust. We, **county notaries**, being **true believers in the everlasting life** pledged to man for praising of the name: *Yahweh, He* being Priest of priest, Ruler of rulers, Judge of judges by *His 'court'-'chatzir'-'chatzer'* (The court of *His* chosen to sprout up as grass along the "water course" to be the *COURT*); known to man as the *district court for justice* having original jurisdiction for all.

Before *His* priests: **Michael-Darrow: family Mason**;..........county notary, steward for the **Trustee**

:**Joyce Earl-Delancey: family Lambeth**; county notary, steward for the **Trustee**

:**Regan-Dwayne: family Reidi**;..........county notary, steward for the **Trustee**

:**Michael-Morris: family Olson**;..........county notary, steward for the **Trustee**
for the commonwealth Yisrael

Shelby the county trust; for
:Michael-Darrow: Mason;
:Joyce Earl-DeLancey: Lambeth;
:Regan-Dwayne: Reidi:
:Michael-Morris: Olson.

savings to suitors



*Crimes: Contempt of Court; Constitutional Crisis and Treason*

versus

J. Daniel Breen;
Thomas M. Gould;
Stuart J. Canale;
Stephen B. Shankman,
James H. Allen
For the District Court for Western Tennessee;
Corporation-District of Columbia

defendants to be served

**ARREST BY WRIT TO EXECUTE**
To the FDIC, United States Marshal Service; Provost Marshal Service and Archdiocese, Greetings:

Attention to witness: The House of Yahweh-Yisrael Hawkins on the land Abilene:Texas.

YOU ARE HEREBY COMMANDED TO ARREST THE PUBLIC BOND FOR: J. Daniel Breen, Thomas M. Gould, Stuart J. Canale and Stephen B. Shankman defendants and forthwith Arrest, by distress, the **Public Hazard Bond** and hold him to be brought before the **Assessor: Magistrus: stewards** for the county Trust to Answer to the charges of **Contempt of court, Constitutional Crisis and Treason** based upon the **Affidavits in Truth** and **Complaints** of the stewards for the county Trust in which it is substantially alleged as follows to wit:

That the Defendants in contravention and oppressions of the *Laws of Yahweh*, The *Almighty* and the Sovereignty of Yahshua's county Trust as attested below:

**Page one of three: Arrest by Writ to Execute**

**TREASON:** "Treason against the county trust" and servants for **Yahweh**, shall consist of:

1. Levying War against **Yahshua's county Trust** and **stewards** thereon the land;

2. Aligning oneself with or aiding and abetting another nation or people with whom the **county Trust** is attempting to live in peace through the *Most High*;

3. Acts of espionage for an enemy state, foreign corporations and for a foreign cause;

4. Attempting by overt act to overthrow the **county Trust**, rebellion against the **county Trust**, insurrection and invasion of the **county Trust**; and

5. Abrogating or attempting to abrogate, subverting of attempting or conspiring to subvert the **county Trust** by use of force or show of force or by any other means which attempts to undermine-oppress **Yahshua's county Trust** and a **servant of Yahweh**.

6. Taking of equity, a man's labour by force, fraud and imprisonment, from the **county Trust** for no benefit of his fellow man, simply for the taking to give to foreign bankers and pagan causes.

**CONSTITUTIONAL CRISIS:** "Constitutional Crisis of a steward for the **county Trust**" a living servant for the *Most High*, shall consist of:

1. Trespass on the Right of Privacy without lawful process.

2. The use of foreign codes and statutes, intended for fictional corporations, on the living man known as :Michael-Darrow: family Mason, a steward for the **county Trust-ben-Yahshua**, *as if he was public property of the state.*

3. The use of laws by Corporations with no constitutional office to use or enforce laws, which are Politically Motivated.

4. Attempting by force and threat of imprisonment to condemn the living man :Michael-Darrow: Mason from eternal life by forcing him to worship false idols and the belief that a creation of man has authority and superior to the living man.

**CONTEMPT OF THE COURT:** "Contempt of the Court for **Yahshua's county Trust**" a living servant for the Most High, shall consist of:

1. J. Daniel Breen, in conspiracy with the fore mentioned defendants, has defied the Order from the superior court for the servants of Yahweh, by assuming that his position as a corporate officer for the foreign corporation known as United States District Court District of Columbia Court for the Crown of England) as being superior to the Word of the Most High.

2. J. Daniel Breen, in conspiracy with the fore mentioned defendants, has classified the man :Michael-Darrow: Mason as public property by issuing a warrant for the arrest of the living man known as :Michael-Darrow: Mason, as if he was public property, to foreign agents for the Crown of England, United Nations, and Vatican, therefore agents acting as United States Marshals are attempting to arrest the living man for personal Political gain.

3. J. Daniel Breen, in conspiracy with the fore mentioned defendants, has by his contempt declared the corporations are superior to the living creations of **Yahweh**.

4. J. Daniel Breen, in conspiracy with the fore mentioned defendants, has by his contempt, confesses that the foreign corporations: Crown of England, International Monetary Fund, Internal Revenue Service and the B.A.R. Association are due tithes from a man's labour from the **county Trust** for the Trustee, **Yahshua**. By the simple fact that these corporations are superior to the living creations of **Yahweh** and are due tithes from **Yahweh's** children.

That on the twenty-sixth day of the March month in the year 2008, at diverse Julian-pagan calendar months and dates the defendants J. Daniel Breen, James H. Allen, Thomas M. Gould, Stuart J. Canale and Stephen B. Shankman conspired, connived, and acted in cohort with other Agents, united for Reconciliation and Democracy forces to overthrow the sovereignty of Yahshua's county Trust and stewards for Yahshua's county Trust, by use of force and willful oppression to benefit paganism.

It is further recorded that the structures of governance would be altered and the radical re-organization of the county Trust and other key components of the original government would take place by the use of tyranny and blasphemy. Therefore placing Yahshua's county Trust under the control of heathens.

In furtherance of defendant's evil design, and following premeditated plans of force with his colleagues of de facto Agents, they, defendants went onto the land for the county Trust with the willful intent to wage war on the county Trust and commit Treason, Blasphemy and to create a Constitutional Crisis.

That despite the wicked and diabolical plan to overthrow Yahshua's county Trust by force, the Defendants, having full knowledge thereof, did, without the fear of the *Most High*, and being moved by the instigation of Satan without lawful justification or excuse, unlawfully, willfully, wrongfully, intentionally, deliberately, feloniously, with premeditation and malice aforethought, did connive, conspired acting in cohort and in concert with common design did embrace and aided in the formulation of the ideas and aspirations of the de facto Agents to overthrow Yahshua's county Trust, and for the purpose to unseat the county Trust by force. Then and thereby the crimes of Blasphemy and Treason the defendants did do and commit, contrary to the form, force and effect of the Statutory *Laws of Yahweh*, in such case made and provided and against the peace and sovereignty of Yahshua's county Trust. AND HAVE YOU THERE THIS ARREST BY WRIT TO EXECUTE.

Issued this twelfth day of the second month in the year of the *Most High: Yahweh* six thousand eleven ( May be on or about the sixteenth day of April, two thousand eight in relation to the Julian Calendar)

:Michael-Darrow: family Mason

_____

:steward for the county Trust.

:priests and judges for the county Trust, with the "*Seal of Yahweh*" in their minds and transferring that concise Seal upon paper by the use of county notary seals as *The Order to Execute this Writ*:

:Joyce Earl-DeLancey: family Lambeth;

:Regan-Dwayne: family Reidi.....

:Michael-Morris: family Olson;......

Attached forthwith Affidavits in judgments by the *Almighty* for Bearing False Witness. With the Two Witnesses"; *O YAAQOB* and *YISRAEL* coming forth with the "*Seal of Yahweh*" in their minds by the use of concise thought through pen to paper in the form of Affidavits:

Witnesses of Crimes: by the stewards for the Trustee: Yahshua; as county notaries for the superior district court of justice for the children of the Most High.

:Michael-Darrow: family Mason;

:Joyce Earl-DeLancey: family Lambeth;

:Regan-Dwayne: family Reidi;

:Michael-Morris: family Olson

Page three of three: Arrest by Writ to Execute

## CERTIFICATION OF SERVICE

We, :Joyce Earl-DeLancey: family Lambeth , :Michael-Morris: Olson and :Regan-Dwayne: family Reidi, do hereby give solemn testimony that on third day of the second month in the year of The Most High, Yahweh, six thousand eleven witnessed the autograph of the living man, :Michael-Darrow: family Mason, being placed upon this Notice, on the land known as Shelby county: Tennessee the land and that a true and correct authenticated abstract of the original was delivered by Post Office mailing to the following:

J. Daniel Breen
Thomas M. Gould
242 Federal Building
167 North Main Street
Memphis, Tennessee 38103
Express mail: EB611682156US

Stuart J. Canale
U. S. Department of Justice
800 Federal Bilding
Memphis, Tennessee 38103

Stephen.B. Shankman
200 Jefferson Ave., Ste. 200
Memphis, Tennessee 38103

Edwin Fredrick O'Brien
c/o Catholic Center
320 Cathedral Street
Baltimore, Maryland near [21201]

Office of U.S. Marshal
David G. Jolley
167 North Main Street, Room 1072
Memphis, Tenn. 38103

Office of Sheriff
Mark H. Luttrell
201 Poplar Avenue
Memphis, Tennessee near [38103]

Brigadier General Rodney L. Johnson
Washington District HQ
105 Fenton Circle
Ft Myer, Virginia 22211-1101

House of Yahweh
Yisrael Hawkins
Post Office Box [2498]
Abilene: Texas near [79604]

Notice: The use of the Post Office is a Right that cannot be altered or changed by de facto agencies or corporations into a privilege being granted, for there being no authority to alter this Right, originating from The Scriptures. May the Almighty _____.

---

:Joyce Earl-DeLancey: family Lambeth
county notary, at large: Guilford county
A living man, a steward for the Trustee

:Michael-Morris: family Olson
a county notary, at large: Guilford county
A living man, a steward for the Trustee

---

:Regan-Dwayne: family Reidi
county notary, at large: Pulaski the county
A living man, a steward for the Trustee

:Michael-Darrow: Mason
c/o :Michael-Morris: Olson
Postal Department three two two
Browns Summit, North Carolina
near de facto (27214)

RECEIVED
08 APR 16 AM 11: ○○
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

Cl.
24:
167
Me